UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LaRon Young, | Case No. 22-CV-2014 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Sherburne County Jail and Trinity Services Group, Inc., | |
| Defendants. | |

LaRon Young, Reg. No. 16810-059, FCI Oxford, County Road G & Elk Avenue, P.O. BOX 1000, Oxford, WI 53952, Plaintiff pro se.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David T. Schultz dated October 13, 2022 [Doc. No. 6]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: November 2, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge